UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-11096 FMO (PDx) | Date | **January 14, 2026** |
|---|---|---|---|
| Title | **Jane Doe v. Venus Concept USA Inc., et al.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff:  Attorney Present for Defendants:

None Present  None Present

**Proceedings:**     **(In Chambers) Order to Show Cause Re: Proceeding Anonymously**

    Rule 10(a) of the Federal Rules of Civil Procedure provides that the title of the complaint "must name all the parties."  Fed. R. Civ. P. 10(a).  In general, a plaintiff's "use of [a] fictitious name[] runs afoul of the public's common law right of access to judicial proceedings, and Rule 10(a)'s command that the title of every complaint include the names of all the parties[.]"  Does I thru XXIII v. Advanced Textile Corp., 214 F.3d 1058, 1067 (9th Cir. 2000) (citation and internal quotation marks omitted).  Accordingly, IT IS ORDERED THAT no later than **January 28, 2026**, plaintiff shall file a Motion to Proceed Anonymously and notice it for hearing under the Local Rules.  **Failure to submit a motion by the deadline set forth above may result in this action being dismissed without prejudice for failure to prosecute and/or failure to comply with a court order**.  See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | vdr |