BRIAN L. WILLIAMS, State Bar No. 227948
  *BWilliams@GGTrialLaw.com*
JEMMA E. DUNN, State Bar No. 258454
  *JDunn@GGTrialLaw.com*
PHILIP A. HORLACHER, State Bar No. 318837
  *PHorlacher@GGTrialLaw.com*
GREENBERG GROSS LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone: (213) 334-7000
Facsimile: (213) 334-7001

Attorneys for Plaintiff, Jane Doe

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JANE DOE, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>VENUS CONCEPT USA INC.; a Delaware corporation; JOSEPH BROWN, an individual; and DOE 1 to 10 inclusive,<br><br>    Defendants. | Case No. 2:25-cv-11096 FMO (PDx)<br><br>**ORDER ON STIPULATION [26] MODIFYING DISCOVERY PLAN AND SCHEDULING ORDER**<br><br><br>Judge: Hon. Fernando M. Olguin Magistrate Judge: Hon. Patricia Donahue Trial Date: January 26, 2027 |

The Court, having considered the Parties' Stipulation to Modify Discovery Plan and Scheduling Order, and good cause appearing therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The fact discovery cut-off is continued from **July 9, 2026** to **September 8, 2026**.

2. All other deadlines set forth in the Court's January 15, 2026 Scheduling Order (ECF No. 14) not modified herein shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED: ___May 19, 2026_____        _____/s/_____
                                     HON. FERNANDO M. OLGUIN
                                     UNITED STATES JUDGE

-1-                                          Case No. 2:25-cv-11096 FMO (PDx)