**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, | Case No. CV 25-11096 FMO (PDx) |
| Plaintiff, | |
| v. | **ORDER RE: FURTHER PROCEEDINGS** |
| VENUS CONCEPT USA INC., <u>et</u> <u>al.</u>, | |
| Defendant. | |

Having reviewed and considered the parties' Stipulation to Modify Discovery Plan and Scheduling Order (Dkt. 30, "Stipulation"), IT IS ORDERED THAT:

1. The Stipulation **(Document No. 30)** is **granted** as set forth in this Order.[1]

2. All fact discovery shall be completed no later than **November 9, 2026**.

3. All expert discovery shall be completed by **December 9, 2026**. The parties must serve their Initial Expert Witness Disclosures no later than **October 5, 2026**. Rebuttal Expert Witness Disclosures shall be served no later than **November 5, 2026**.

4. The parties shall complete their settlement conference before a private mediator ("settlement officer") no later than **November 9, 2026**.

5. Any motion for summary judgment or other potentially dispositive motion (other than a

---

[1] Except as set forth in this Order, the parties shall comply with all the dates and requirements set forth in the Court's Case Management Order of January 15, 2026. (Dkt. 14).

motion under Rule 12(b)(6)) shall be filed no later than **January 11, 2027**, and noticed for hearing regularly under the Local Rules.  Any untimely or non-conforming motion will be denied.  *All potentially dispositive motions shall comply with the requirements set forth in the Court's Order Re: Summary Judgment Motions issued on January 15, 2026 (Dkt. 15).*  Each party is allowed one potentially dispositive motion.[2]

6.  The parties shall file memoranda of contentions of fact and law; witness lists; the Pretrial Exhibit Stipulation; and joint motions in limine no later than **March 5, 2027**.

7.  The parties shall lodge their proposed Pretrial Conference Order and file the Joint Jury Instructions; Disputed Jury Instructions; a joint proposed verdict form; a joint statement of the case; proposed additional voir dire questions, if desired; and reply memoranda to motions in limine no later than **March 12, 2027**.

The parties shall also send copies of the proposed Pretrial Conference Order; Joint Jury Instructions; Disputed Jury Instructions; the joint proposed verdict form; the joint statement of the case; and any proposed additional voir dire questions, to the chambers e-mail address (fmo_chambers@cacd.uscourts.gov) in WordPerfect or Word format.

8.  The pretrial conference and hearing on motions in limine is scheduled for **March 26, 2027**, at 10:00 a.m.

9.  The trial is scheduled to begin on **April 13, 2027**, at 9:00 a.m.  On the first day of trial, **counsel must appear at 8:45 a.m.** to discuss preliminary matters with the court.

Dated this 25th day of June, 2026.

/s/
Fernando M. Olguin
United States District Judge

---

[2]  A motion filed pursuant to Rule 12(c) more than 21 days after the pleadings are closed will be deemed a dispositive motion.